**Order filed November 1, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-00911-CV
_____

### IN THE INTEREST OF L.E.A. AND V.C.A, Appellant

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 12-07-07969 CV**

## O R D E R

The notice of appeal in this case was filed September 19, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **, November 16, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM